**Order entered January 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01168-CR

**RICKY RAMON HUGHES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065922**

## ORDER

Before the Court is appellant's January 17, 2017 unopposed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by February 14, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     LANA MYERS
        JUSTICE